IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| FAKIH J. KHALFANI, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No: 3:12cv00422-DCG |
| § | |
| BALFOUR BEATTY § | |
| COMMUNITIES, LLC, § | |
| § | |
| *Defendant*. § | |

## DEFENDANT'S DISCLOSURE STATEMENT

Defendant Balfour Beatty Communities LLC files this Disclosure Statement pursuant to FED. R. CIV. P. 7.1 and Local Rule 7.4 and shows the Court as follows:

Fakih J. Khalfani – Plaintiff

Francisco X. Dominguez – Attorney for Plaintiff

Balfour Beatty Communities LLC – Defendant

Michael J. DePonte – Attorney for Defendant

Respectfully submitted,

By: /s/ Michael J. DePonte
Michael J. DePonte, Esq.
Texas Bar No. 24001392
depontem@jacksonlewis.com
Allyson L. Johnson, Esq.
Texas Bar No. 24054005
johnsona@jacksonlewis.com

JACKSON LEWIS LLP
500 N. Akard, Ste 2500
Dallas, Texas 75201
PH: (214) 520-2400
FX: (214) 520-2008

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was forwarded by certified mail, return-receipt requested, on the 24th day of October, 2012 to the following counsel of record:

Francisco X. Dominguez
Dominguez & Coyle, P.L.L.C.
2515 North Stanton
El Paso, Texas 79902

/s/ Michael J. DePonte
ONE OF COUNSEL